JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| L.A. T Shirt and Print, Inc., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> KMart Corporation, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 16-6971 FMO (SKx) <br><br> **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

Pursuant to the Mediator's Report of May 15, 2017, indicating that the above-captioned action has been settled, IT IS ORDERED that the instant action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within **30 days from the filing date of this Order,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

Dated this 16th day of May, 2017.

/s/
Fernando M. Olguin
United States District Judge