# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. T-SHIRT & PRINT, INC., | Case No. CV 16-6971 FMO (SKx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| KMART CORPORATION, et al., | |
| Defendants. | |

Pursuant to the Joint Stipulation to Dismiss (Dkt. 34), IT IS ADJUDGED that the above-captioned action is hereby **dismissed with prejudice**. Each party shall bear its own costs and attorney's fees incurred in this action.

Dated this 12th day of June, 2017.

/s/
Fernando M. Olguin
United States District Judge